**DISMISS; and Opinion Filed July 9, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00760-CR**
**No. 05-13-00761-CR**
**No. 05-13-00762-CR**
**No. 05-13-00763-CR**
**No. 05-13-00764-CR**

**FLOYD DALE KNIGHT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-13-66, 2-13-228, 2-13-106, 2-13-107, 2-13-108**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

Floyd Dale Knight was convicted of two offenses of possession with intent to deliver a controlled substance in an amount less than one gram in a drug free zone and three offenses of possession with intent to deliver a controlled substance in an amount of one gram or more but less than four grams in a drug free zone. Pursuant to plea agreements, the trial court assessed punishment at ten years' imprisonment and a $1,000 fine in each case. Appellant waived his right to appeal in connection with the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant waived his right to appeal and that the cases involve plea bargains and appellant has no right to appeal. *See* Tex. R. App. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130760F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FLOYD DALE KNIGHT, Appellant

No. 05-13-00760-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 2-13-66.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 9th day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FLOYD DALE KNIGHT, Appellant

No. 05-13-00761-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 2-13-228.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 9th day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FLOYD DALE KNIGHT, Appellant

No. 05-13-00762-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 2-13-106.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 9th day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FLOYD DALE KNIGHT, Appellant

No. 05-13-00763-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 2-13-107.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 9th day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

FLOYD DALE KNIGHT, Appellant

No. 05-13-00764-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 2-13-108.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore participating.

        Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.


Judgment entered this 9th day of July, 2013.


/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE